UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| RICHARD A. JILES, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | CV417-043 |
| | ) | CR415-194 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

In response to Richard A. Jiles' 28 U.S.C. § 2255 motion, the Court directed him to file his missing signature page (he has) and the United States to respond, particularly to movant's "lost-appeal" claim. CR415-194, doc. 34. In response, the Government concedes that Jiles is entitled to an evidentiary hearing on whether he asked his appointed lawyer, Charles V. Loncon, to appeal his conviction. Doc. 36 at 5-6. It promises a sworn declaration from Loncon soon. *Id.* at 6.

That declaration must include a full explanation why the "NOTICE OF COUNSEL'S POST-CONVICTION OBLIGATIONS" form that was electronically distributed to Loncon on November 30, 2015 (doc. 12) has not been filed -- fully executed -- in the record.

**SO ORDERED,** this 17th day of April, 2017.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA